IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JIMMY BRIDGES,

    Plaintiff,

v.

BURTON COX, MARY MILLER,
PHYSICIAN HEIDORN,
HEALTH SERVICES MANAGER ZWIERS,
HOLLY GUNDERSON, TIMOTHY CORRELL,
BETH DITTMANN, DR. PAUL SUMNICHT,
BELINDA SCHRUBBE, CYNTHIA THORPE and
RICK RAEMISCH,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-534-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's complaint against Burton Cox, Mary Miller, Physician Heidorn, Health Services Manager Zwiers, Timothy Correll and Beth Dittmann; and

(2) granting the motion for summary judgment filed by Holly Gunderson, Dr. Paul Sumnicht, Belinda Schrubbe, Cynthia Thorpe and Rick Raemisch, and dismissing this case.

_____       4/13/2012
Peter Oppeneer, Clerk of Court              Date